IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

_____

PAM BELL,

     Plaintiff,

v.                                       Case No.:  3:23-cv-00397

PETERS ROAD PARTNERS LP,

     Defendant.

_____

## NOTICE OF SETTLEMENT

_____

The parties hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 21st day of February, 2024.

RESPECTFULLY SUBMITTED;

*/s/Rebecca J. Hutto*
REBECCA J. HUTTO #39252
Attorney for Plaintiff
Wampler, Carroll, Wilson, & Sanderson PLLC
208 Adams Avenue
Memphis, Tennessee 38103
(901) 523-1844 – phone
(901) 523-1857 – fax
rebecca@wcwslaw.com

*/s/ Charles S. J. Sharrett*
Charles S. J. Sharrett

1

900 S. Gay Street
Suite 1810
Knoxville, TN 37902
Phone: 865.314.8422
Email: charles.sharrett@kaygriffin.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of February, 2024, the foregoing document is being served this day on all counsel of record identified on the Service List via the Court's CM/ECF System.

*/s/ Rebecca J. Hutto*

2