# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE KNOXVILLE DIVISION

| | | |
|---|---|---|
| PAMELA BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-00397 |
| | ) | |
| PETERS ROAD PARTNERS, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this September 17, 2024.

Respectfully submitted,

KAY GRIFFIN EVANS, PLLC

/s/ Casey R. Malloy
Casey R. Malloy (#15446)
222 Second Avenue North, Suite 340M
Nashville, TN 37201
cmalloy@kaygriffin.com
*Attorney for Defendant*


WAMPLER, CARROLL, WILSON & SANDERSON, PLLC

/s/ Rebecca Hutto (CRM w/perm #38440)
Rebecca Hutto (#039252)
208 Adams Ave.
Memphis, TN 38103
rebecca@wcwslaw.com
*Attorney for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and exact copy of the foregoing has been served via the Court's CM/ECF system:

Rebecca Hutto
Wampler, Carroll, Wilson & Sanderson, PLLC
208 Adams Ave.
Memphis, TN 38103
rebecca@wcwslaw.com
*Attorney for Plaintiff*

on this the 17th day of September, 2024.

/s/ Casey R. Malloy
Casey R. Malloy